# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-1345**                                         **September Term, 2016**

**SEC-3-15006**

**Filed On:** June 26, 2017

Raymond J. Lucia Companies, Inc. and
Raymond J. Lucia,

        Petitioners

    v.

Securities and Exchange Commission,

        Respondent


**BEFORE:**    Garland, Chief Judge,[*] and Henderson, Rogers, Tatel, Brown,
               Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins,
               Circuit Judges

## J U D G M E N T

This cause came on to be heard on the petition for review of an order of the Securities & Exchange Commission and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petition for review is denied by an equally divided court. <u>See</u> D.C. Cir. Rule 35(d).

## Per Curiam

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

        BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk

_____

[*] Chief Judge Garland did not participate in this matter.